```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
           "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 09/19/02
            Closed: 01/21/04

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (893) Environmental Matters
                   33 USC 1311 (A)
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 09/19/02 receipt # 00118460
          Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1        KIVALINA RELOCATION PLANNING         Thomas A. Dosik
               COMMITTEE                            Law office of Thomas A. Dosik
                                                   Disability Law Center of Alaska
                                                   3330 Arctic Boulevard
                                                   Anchorage, AK 99508
                                                   907-565-1002
                                                   FAX 907-565-1000

                                                   Luke W. Cole
                                                   450 Geary Street, Suite 500
                                                   San Francisco, CA 94102
                                                   415-346-4179
                                                   FAX 415-346-8723

DEF 1.1        TECK COMINCO ALASKA INC              Robert J. Mahoney
                                                   Hartig Rhodes et al
                                                   717 K Street
                                                   Anchorage, AK 99501
                                                   907-276-1592
                                                   FAX 907-277-4352

DII 1.1        NORTHWEST ARCTIC BOROUGH             David S. Case
                                                   Landye Bennett et al
                                                   701 W. 8th Avenue, Suite 1200
                                                   Anchorage, AK 99501
                                                   907-276-5152
                                                   FAX 907-276-8433

DII 2.1        NANA REGIONAL CORP INC               James E. Torgerson
                                                   Heller Ehrman LLP
                                                   510 L Street, Suite 500
                                                   Anchorage, AK 99501-1959
                                                   907-277-1900
                                                   FAX 907-277-1920

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                      "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                    For all filing dates


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 09/19/02
             Closed: 01/21/04

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (893) Environmental Matters
                      33 USC 1311 (A)
              Origin: (1) Original Proceeding
              Demand:
          Filing fee: Paid $150.00 on 09/19/02 receipt # 00118460
            Trial by: Court


 Document #    Filed     Docket text
 ─────────────────────────────────────────────────────────────────────────────
     1 -  1   09/19/02   Complaint filed; Summons issued.

     2 -  1   09/19/02   PLF 1 Application re: non-resident attorney Luke W. Cole w/declaration.

     3 -  1   09/20/02   PLF 1 Return of Service Executed.

     2 -  2   09/26/02   JWS Order granting appl of non-res atty, L. Cole, to appear and
                         participate. cc: cnsl, L. Cole

     4 -  1   10/08/02   DEF 1 Attorney Appearance of Robert J. Mahoney (HARTIG).

     5 -  1   10/08/02   Stipulation for ext of time until 10/30/02 to file ans.

     5 -  2   10/09/02   JWS Order approving stip for ext of time until 10/30/02 to file ans
                         (5-1). cc: cnsl

     6 -  1   10/28/02   PLF 1 Notice of entry of order permitting non-res atty to appear on
                         behalf of plf w/att exh.

     7 -  1   10/30/02   DEF 1 Answer to Complaint.

     8 -  1   10/31/02   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days. cc: cnsl

     9 -  1   11/04/02   DII 1 motion for leave to intervene and supporting memorandum of law
                         w/att exhs.

    10 -  1   11/12/02   DEF 1 non-oppos to ZZZ 1 mot for leave to intervene (9-1).

    11 -  1   11/13/02   PLF 1 oppo to ZZZ 1 mot for leave to intervene by Northwest Arctic
                         Borough (9-1).

    12 -  1   11/15/02   PLF 1 Errata/amended oppo re: ZZZ 1 motion for leave to intervene and
                         supporting memorandum of law (9-1)

    13 -  1   11/22/02   PLF 1 Scheduling and Planning conference report.
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                      "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                     For all filing dates


 Document #   Filed      Docket text

    14 -  1   11/27/02   DII 1 reply to opposition to ZZZ 1 motion for leave to intervene (9-1)
                         w/att exhs.

    15 -  1   12/11/02   JWS Scheduling and Planning Order setting pretrial ddlns: Original disc
                         02/16/04; disp mots ddln 03/16/04; 7 day TBC estimate. cc: cnsl

    16 -  1   01/07/03   JWS Order denying motion for leave to intervene and supporting
                         memorandum of law (9-1). cc: cnsl

    17 -  1   01/17/03   DII 1 motion for reconsideration of 1/7/03 order denying intervention
                         w/att exhs

    18 -  1   01/24/03   JWS Minute Order that plf file oppo or non-oppo to ZZZ-1 mot for
                         reconsideration of ord denying req to intervene by 2/3/03; no reply to
                         be fld unless req by crt. cc: cnsl

    19 -  1   01/31/03   ZZZ 2 motion for leave to intervene as a defendant w/att proposed ans
                         and exhs.

    20 -  1   02/03/03   DII 1 Application re: non-resident attorney Thane W. Tieson w/LLC D.
                         Case w/att aff & cert.

    20 -  2   02/03/03   RRB Order that Thane W. Tienson is allowed to appear and participate pro
                         hac vice on behalf of Northwest Arctic Borough. cc: cnsl, T. Tienson

    21 -  1   02/03/03   PLF 1 Unopposed motion to serve plf's lead counsel by district court (in
                         addition to local) w/att declaration

    22 -  1   02/03/03   PLF 1 opposition to ZZZ 1 motion for reconsideration of 1/7/03 order
                         denying intervention (17-1)

    23 -  1   02/07/03   DEF 1 Preliminary Witness List.

    24 -  1   02/10/03   JWS Minute Order denying unopposed motion to serve plf's lead counsel by
                         district court (21-1). cc: cnsl

    25 -  1   02/10/03   JWS Order denying mot for reconsideration of 1/7/03 order denying
                         intervention (17-1). cc: cnsl

    26 -  1   02/14/03   PLF 1 oppo to ZZZ 2 mot for leave to intervene as a def (19-1).

    27 -  1   02/26/03   ZZZ 2 Unopposed motion for one day extension of time to file reply to
                         motion for leave to intervene as a defendant.

    27 -  2   02/27/03   Order granting unoppo mot for one day ext of time to file reply to
                         motion to intervene (27-1). cc: cnsl

    28 -  1   02/27/03   ZZZ 2 reply to opposition to ZZZ 2 motion for leave to intervene as a
                         defendant (19-1) w/att exhs.

    29 -  1   02/28/03   ZZZ 2 Notice of filing amended cert of svc re: reply in support  re: ZZZ
                         1 motion for leave to intervene and supporting memorandum of law  (9-1)
                         .

    30 -  1   03/03/03   DII 1 appeal to 9CCA of (16-1) filed 01/07/03, (25-1) filed 02/10/03
                         w/att exhs. cc: cnsl, Judge Sedwick, 9CCA

 ACRS: R_VDSDX                As of 02/07/06 at 12:08 PM by NON-NET                        Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                    "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                    For all filing dates


 Document #   Filed      Docket text

 NOTE -  1   03/05/03   Transmittal: Forwarded notice of appeal (30-1) to 9CCA.

   31  -  1   03/11/03   PLF 1 Stipulation changing lead counsel to be served by USDC from T.
                         Dosik to L. Cole.

   32  -  1   03/17/03   DII 1 Transcript Designation Form re: notice of appeal (30-1); no
                         transcripts will be ordered.

   31  -  2   03/18/03   JWS Order approving stip changing lead counsel to be served by USDC from
                         T. Dosik to L. Cole (31-1). cc: cnsl, L. Cole

   33  -  1   03/19/03   Cy 9CCA Time Schedule Order. (30-1) cc:cnsl

   34  -  1   03/21/03   DEF 1 motion to join NANA Regional Corporation as party defendant w/att
                         memo, decla and exhs.

   35  -  1   03/21/03   DEF 1 motion for leave to file first amended answer w/att prop amended
                         ans.

   36  -  1   04/04/03   DII 1 motion for stay of proceedings pending resolution of interlocutory
                         appeal.

   37  -  1   04/07/03   PLF 1 opposition to DEF 1 motion to join NANA Regional Corporation as
                         party defendant (34-1).

   38  -  1   04/07/03   PLF 1 Objection under F.R.C.P. 37(c)(1) to DEF 1's improper introduction
                         of evidence w/att decl.

   39  -  1   04/09/03   JWS Order granting/denying mot for leave to intervene as a def (19-1);
                         terminating in light of this ord: mot to join NANA Regional Corp as
                         party def (34-1), mot for leave to file first amended ans (35-1). cc:
                         cnsl

   40  -  1   04/09/03   DII 2 Answer to Complaint.

   41  -  1   04/14/03   DEF 1 motion for reconsideration of order denying motion to amend
                         answer.

   42  -  1   04/15/03   DEF 1 Disclosure statement.

   43  -  1   04/16/03   PLF 1 opposition to ZZZ 1 motion for stay of proceedings pending
                         resolution of interlocutory appeal (36-1).

   44  -  1   04/25/03   JWS Minute Order granting mot for reconsideration of ord denying mot to
                         amend ans (41-1); reinstating mot for leave to file first amended answer
                         (35-1). cc: cnsl

   44  -  2   04/25/03   JWS Minute Order granting motion for leave to file first amended answer
                         (35-1).

   45  -  1   04/25/03   DEF 1 Answer (1st Amended).

   46  -  1   04/25/03   DII 1 reply to opposition to ZZZ 1 motion for stay of proceedings
                         pending resolution of interlocutory appeal (36-1)

   47  -  1   04/28/03   PLF 1 motion for partial summary judgment w/att memo, declas and exhs.


ACRS: R_VDSDX              As of 02/07/06 at 12:08 PM by NON-NET                      Page 3
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                        "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                      For all filing dates


 Document #    Filed      Docket text

     48 -  1   04/28/03   PLF 1 Request for Oral Argument re: PLF 1 motion for partial summary
                          judgment (47-1).

     49 -  1   04/29/03   PLF 1 opposition to DEF 1 motion for reconsideration of order denying
                          motion to amend answer (41-1).

     50 -  1   05/02/03   DEF 1 reply to opposition to DEF 1 motion for reconsideration of order
                          denying motion to amend answer (41-1).

     51 -  1   05/06/03   PLF 1 Notice of intent to file amended mot for sj.

     52 -  1   05/09/03   PLF 1 Revised Memo in support re: PLF 1 mot for part sj (47-1) w/att
                          stmt of facts, decla and exhs.

     53 -  1   05/14/03   Stipulation for ext of time until 5/19/03 for DEF 1 to file rule 56(f)
                          mot for ext of time to respond to plf's mot for part sj.

     54 -  1   05/14/03   Stipulation for ext of time that DII-2's oppo to plf's mot for part sj
                          be due at the same time as DEF 1's oppo.

     53 -  2   05/15/03   JWS Order approving stip for ext of time until 5/19/03 for DEF 1 to file
                          rule 56(f) mot for ext of time (53-1). cc: cnsl

     54 -  2   05/15/03   JWS Order approving stip for ext of time that DII-2's oppo to plf's mot
                          for part sj be due when DEF 1's oppo is due (54-1). cc: cnsl

     55 -  1   05/16/03   JWS Order denying motion for stay of proceedings pending resolution of
                          interlocutory appeal (36-1). cc: cnsl

     56 -  1   05/19/03   DEF 1 motion for rule 56(f) continuance until 9/1/03 of plaintiff's
                          summary judgment motion pending further discovery w/att aff and exhs.

     57 -  1   05/19/03   DEF 1 Notice of fax cy of signature of M. Thompson to decla re: DEF 1
                          mot for rule 56(f) continuance until 9/1/03 of plf's sj mot pending
                          further disc (56-1).

   NOTE -  2   05/20/03   Issued: subps

     58 -  1   05/23/03   DEF 1 Errata w/att exhs re: DEF 1 motion for rule 56(f) continuance
                          until 9/1/03 of plaintiff's summary judgment motion pending further
                          discovery  (56-1).

     59 -  1   05/23/03   DEF 1 motion to clarify scheduling and planning order or in the
                          alternative to vacate the time limit for filing jurisdiction motions.

     60 -  1   05/28/03   DEF 1 Notice of filing original signature page of M. Thompson to
                          declaration re: DEF 1 motion for rule 56(f) continuance until 9/1/03 of
                          plaintiff's summary judgment motion pending further discovery (56-1) .

     61 -  1   05/30/03   DII 2 motion for leave to file supplemental briefing in support of DEF
                          1's mot for continuance w/att prop memo.

     62 -  1   06/03/03   JWS Minute Order granting mot for leave to file suppl brfing (61-1). cc:
                          cnsl

     63 -  1   06/03/03   DII 2 Memo in support re: DEF 1 motion for rule 56(f) continuance until
                          9/1/03 of plf's sj mot pending further disc (56-1) w/att aff and exh.

 ACRS: R_VDSDX              As of 02/07/06 at 12:08 PM by NON-NET                        Page 4
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                     "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                     For all filing dates

 Document #    Filed       Docket text


    64 -  1    06/03/03    PLF 1; DEF 1 Stipulation for ext of time until 6/13/03 for plf to file
                           oppo to mot for continuance.

    64 -  2    06/04/03    Order approving stip for ext of time until 6/13/03 for plf to file oppo
                           to mot for continuance (64-1). cc: cnsl

    65 -  1    06/04/03    JWS Minute Order granting mot to clarify S&P ord or in the alternative
                           to vacate (59-1); ddln for mots re: subject matter jurisdiction ext to
                           9/13/03. cc: cnsl

    66 -  1    06/10/03    PLF 1 opposition to DEF 1 motion for rule 56(f) continuance until 9/1/03
                           of plaintiff's summary judgment motion pending further discovery (56-1)
                           w/att aff and exh.

    67 -  1    06/13/03    PLF 1 Hearsay objections to declarations of James Kulas and Mark
                           Thompson under F.R.E. Rules 801(c) and 802.

    68 -  1    06/13/03    PLF 1 oppo to DEF 1 mot for rule 56(f) cont until 9/1/03 of plf's sj mot
                           pending further disc (56-1) w/att declarations.

    69 -  1    06/20/03    PLF 1 response to NANA's memo in support re: DEF 1 motion for rule 56(f)
                           continuance until 9/1/03 of plaintiff's summary judgment motion pending
                           further discovery (56-1)

    70 -  1    06/24/03    PLF 1; DEF 1 Stip for ext to 6/27/03 to reply to opp to mot for
                           continuance w/att notice of filing faxed signature

    70 -  2    06/25/03    Order granting stipulation for ext to 6/27/03 to reply to opp to mot for
                           continuance under FRCP Rule 56(f) (70-1). cc: cnsl

    71 -  1    06/27/03    DII 2 motion to ext time to file reply re mot for Rule 56(f) continuance
                           to 7/3/03

    72 -  1    06/27/03    DEF 1 reply to opposition to DEF 1 motion for rule 56(f) continuance
                           until 9/1/03 of plaintiff's summary judgment motion pending further
                           discovery (56-1)

    73 -  1    06/30/03    DEF 1 Request for Oral Argument re: DEF 1 motion for rule 56(f)
                           continuance until 9/1/03 of plaintiff's summary judgment motion pending
                           further discovery (56-1).

    74 -  1    06/30/03    PLF 1 opposition to DII 2 motion to ext time to file reply re mot for
                           Rule 56(f) continuance to 7/3/03 (71-1).

    75 -  1    06/30/03    DII 2 reply to opposition to DII 2 motion to ext time to file reply re
                           mot for Rule 56(f) continuance to 7/3/03 (71-1).

    76 -  1    07/02/03    DEF 1 response to PLF 1's hearsay obj re decla of J. Kulas and M.
                           Thompson in support of DEF 1 motion for rule 56(f) continuance.

    77 -  1    07/03/03    JWS Minute Order granting mot to ext time to file reply re mot for Rule
                           56(f) continuance to 7/3/03 (71-1). cc: cnsl

    78 -  1    07/03/03    DII 2 reply to opposition to DEF 1 motion for rule 56(f) continuance
                           until 9/1/03 of plf's sj mot pending further disc (56-1) w/att decla.

    79 -  1    07/03/03    RETURNED PER ORDER AT DKT 80:  PLF 1 objection to factual
                           misrepresentations in DEF 1's reply re: DEF 1 motion for rule 56(f)

 ACRS: R_VDSDX               As of 02/07/06 at 12:08 PM by NON-NET                      Page 5
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                        "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"
```

| | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
| | | continuance until 9/1/03 of plf's sj mot pending further disc (56-1). |
| 80 - 1 | 07/08/03 | JWS Minute Order directing clk to return suppl brf at dkt 79 to plf for failure to file mot for leave. cc: cnsl |
| 81 - 1 | 07/15/03 | PLF 1 reply in support of PLF 1's hearsay obj to declas of J. Kulas and M. Thompson re: DEF 1's mot for rule 56(f) continuance. |
| 82 - 1 | 07/15/03 | PLF 1 motion for leave to file objection to factual misrepresentations in Teck Cominco's reply brief w/att obj. |
| 83 - 1 | 07/17/03 | JWS Minute Order granting motion for leave to file objection to factual misrepresentations in Teck Cominco's reply brf (82-1). cc: cnsl |
| 84 - 1 | 07/17/03 | PLF 1 objs to factual misrepresentations in DEF 1 reply re: DEF 1 mot for rule 56(f) continuance until 9/1/03 of plf's sj mot pending further disc (56-1). |
| 85 - 1 | 07/29/03 | JWS Order granting mot for rule 56(f) continuance until 9/1/03 of plf's sj (56-1); DEF 1 and DII-2 oppos due 9/2/03; plf reply due 9/30/03. cc: cnsl |
| 86 - 1 | 08/06/03 | Cy 9CCA Certificate of Record. (30-1) cc: cnsl, Judge Sedwick, 9CCA (Original) |
| 87 - 1 | 08/29/03 | DEF 1 motion for summary judgment w/att exhs. |
| 88 - 1 | 09/02/03 | DII 2 motion for summary judgment w/att memo, declaration and exhs. |
| 88 - 2 | 09/02/03 | DII 2 opposition to PLF 1 motion for partial summary judgment (47-1) w/att memo, declaration and exhs. |
| 89 - 1 | 09/03/03 | DEF 1 motion to accept filing of brief one day late |
| 90 - 1 | 09/03/03 | DEF 1 motion to file overlength memo/opp to KRPC's mot for part SJ & cross-mot for part SJ. |
| 90 - 2 | 09/04/03 | JWS Order granting motion to file overlength memo/opp to KRPC's mot for part SJ & cross-mot for partial SJ (90-1). cc: cnsl |
| 91 - 1 | 09/04/03 | JWS Order granting motion to accept filing of brief one day late (89-1). cc: cnsl |
| 92 - 1 | 09/04/03 | DEF 1 opposition to PLF 1 motion for partial summary judgment (47-1) |
| 92 - 2 | 09/04/03 | DEF 1 motion (cross) for partial summary judgment w/att exhs & notice of faxed cys of declarations (oversized document in accordian folder) |
| 93 - 1 | 09/09/03 | PLF 1 Notice of unavailability of cnsl. |
| 94 - 1 | 09/09/03 | PLF 1 Unopposed motion to consolidate briefing schedule. |
| 95 - 1 | 09/10/03 | JWS Order granting unoppo mot to consolidate brfing schedule (94-1); plf's responses to mots for sj due 9/30/03. cc: cnsl |
| 96 - 1 | 09/12/03 | DEF 1 Errata and notice of filing original decla re: oppo to PLF 1 mot for part sj (47-1), DEF 1 mot (cross) for part sj (oversized document in accordian folder) (92-2). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                   "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                 For all filing dates


 Document #    Filed      Docket text

    97 -   1   09/19/03   PLF 1 motion for extension of time to respond to Teck Cominco's untimely
                          brief w/att decla and exhs.

    98 -   1   09/22/03   JWS Minute Order granting mot for ext of time to respond to Teck
                          Cominco's untimely brief (97-1); response due 11/17/03. cc: cnsl

    99 -   1   09/30/03   PLF 1 opposition to DII 2 motion for summary judgment (88-1) w/att
                          declas and exhs. (original located in folder behind file)

   100 -   1   09/30/03   PLF 1 opposition to DEF 1 motion for summary judgment (87-1) w/att
                          declas and exhs. (original located in folder behind file)

   101 -   1   09/30/03   PLF 1 motion to strike Teck Cominco's exhibits to its motion for summary
                          judgment.

   102 -   1   10/01/03   Unopposed motion (joint calendaring motion) that DEF 1 and DEF II-2
                          replies to their motions for summary judgment be due 10/27/03; that
                          plf's reply and opposition DEF 1's opposition to plf's motion for
                          partial summary judgment and cross-motion for partial summary judgment
                          be due 11/18/03; that DEF 1's reply to cross-motion for partial summary
                          judgment be due 12/08/03; that deadline for exchange of expert rpts be
                          12/31/03 and ddln for exchange of rebuttal reports be 01/30/04.

   103 -   1   10/09/03   DEF 1 opposition to PLF 1 motion to strike Teck Cominco's exhibits to
                          its motion for summary judgment (101-1) w/att aff.

   102 -   2   10/14/03   JWS Order granting unoppo mot (joint calendaring mot) that DEF 1 and DEF
                          II-2 replies to mots for sj due 10/27/03; plf reply/oppo to DEF 1
                          oppo/cross-mot for part sj due 11/18/03; DEF 1 reply/oppo to plf
                          oppo/cross-mot for part sj due 12/8/03; exchange of rpt of retained
                          experts due 12/31/03; ddln for exchange of rebuttal rpts due 1/30/04
                          (102-1). cc: cnsl

   104 -   1   10/17/03   Stipulation and Order that plf have until 11/10/03 to file reply to
                          def's oppo to mot to strike. cc: cnsl

   105 -   1   10/27/03   DII 2 reply to opposition to DII 2 motion for summary judgment (88-1)
                          w/att decla and exhs.

   106 -   1   10/27/03   DEF 1 reply to opposition to DEF 1 motion for summary judgment (87-1)
                          w/att aff and exhs.

   107 -   1   10/27/03   DEF 1 motion for additional time to file video tape exhibit as exhibit
                          16 to reply to opposition to Teck's motion for summary judgment.

   108 -   1   10/28/03   JWS Order granting mot for addl time to file video tape exh as exh 16 to
                          reply to mot for sj (107-1). cc: cnsl

   109 -   1   10/28/03   DEF 1 Notice of filing exh 16 to reply to KRPC's judgment re: DEF 1
                          motion for summary judgment (87-1) w/att exh.

   110 -   1   11/10/03   PLF 1 reply to opposition to PLF 1 motion to strike Teck Cominco's
                          exhibits to its motion for summary judgment. (101-1)

   111 -   1   11/18/03   PLF 1 motion to strike certain exhibits attached to Teck Cominco's
                          opposition to motion for partial summary judgment.


 ACRS: R_VDSDX             As of 02/07/06 at 12:08 PM by NON-NET                      Page 7
```

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                 "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                              For all filing dates


 Document #    Filed     Docket text

   112 -  1   11/18/03   PLF 1 motion for leave to file overlength reply memorandum w/att prop
                         reply.

   113 -  1   11/19/03   JWS Order granting mot for leave to file overlength reply memo (112-1).
                         cc: cnsl

   114 -  1   11/19/03   PLF 1 reply to opposition to PLF 1 motion for partial summary judgment
                         (47-1) w/att exhs. (original in folder behind file)

   114 -  2   11/19/03   PLF 1 opposition to DEF 1 motion (cross) for partial summary judgment
                         (92-2) w/att exhs. (located in expando folder behind file)

   115 -  1   11/20/03   JWS Order granting/denying mot to strike Teck Cominco's exhs to its mot
                         for sj (101-1); exhs 1-10 of mot at dkt 87 will not be considered. cc:
                         cnsl

   116 -  1   11/21/03   PLF 1 Notice of earlier filing of oppo to DEF 1's cross-mot for sj.

   117 -  1   11/21/03   DEF 1 motion to reconsider 11/20/03 order striking exhibits.

   118 -  1   12/04/03   JWS Minute Order that plf file response to mot to reconsider at dkt 117
                         by 12/12/03; no reply to be fld unless req by crt. cc: cnsl

   119 -  1   12/08/03   DEF 1 opposition to PLF 1 motion to strike certain exhibits attached to
                         Teck Cominco's opposition to motion for partial summary judgment
                         (111-1).

   120 -  1   12/08/03   DEF 1 motion to stay consideration of summary judgment motions regarding
                         alleged TDS violations pending completion of modified permit
                         proceedings.

   121 -  1   12/08/03   DEF 1 motion for leave to file overlength reply to KRPC's opposition
                         Teck Cominco's cross-motion for partial summary judgment w/att prop
                         overlength reply.

   122 -  1   12/08/03   DEF 1 Request for Oral Argument re: DEF 1 mot (cross) for part sj
                         (92-2).

   123 -  1   12/08/03   DEF 1 Notice of faxed declas in support of cross-mot for sj and reply
                         brf in support of cross-mot for part sj.

   124 -  1   12/08/03   DEF 1 Certificate of Service re: reply to oppo to DEF 1 mot (cross) for
                         part sj (92-2), DEF 1 Notice of faxed declas (123-1), DEF 1 mot to stay
                         consideration of sj mots re: alleged TDS violations pending completion
                         of modified permit proceedings (120-1), DEF 1 mot for leave to file
                         overlength reply to KRPC's oppo Teck Cominco's cross-mot for part sj
                         (121-1), DEF 1 req for o/a (122-1).

   125 -  1   12/09/03   JWS Minute Order granting motion for leave to file overlength reply to
                         KRPC's opposition to Teck Cominco's cross-mot for part sj (121-1). cc:
                         cnsl

   126 -  1   12/09/03   DEF 1 reply to opposition to DEF 1 motion (cross) for partial summary
                         judgment (92-2) w/att exhs. (located in folder behind file)

   127 -  1   12/10/03   PLF 1 opposition to DEF 1 motion to reconsider 11/20/03 order striking
                         exhs (117-1) w/att exh.

 ACRS: R_VDSDX              As of 02/07/06 at 12:08 PM by NON-NET                      Page 8
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                       "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"
```

                                    For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 128 - 1 | 12/10/03 | DEF 1 motion for leave to file supplemental exhibits to reply to opposition to motion for partial summary judgment w/att exhs. |
| 129 - 1 | 12/10/03 | DEF 1 Errata re: reply to oppo to DEF 1 mot (cross) for part sj (92-2). |
| 130 - 1 | 12/11/03 | JWS Order denying mot to reconsider 11/20/03 order striking exhs (117-1). cc: cnsl |
| 131 - 1 | 12/12/03 | DII 2 Final Witness List. |
| 132 - 1 | 12/12/03 | DEF 1 Final Witness List. |
| 133 - 1 | 12/15/03 | PLF 1 Address Change Notice of T. Dosik. |
| 134 - 1 | 12/15/03 | PLF 1 Notice of filing original signatures to declas in support of reply re: PLF 1 motion for partial summary judgment (47-1) w/att declas. |
| 135 - 1 | 12/15/03 | DEF 1 Notice of filing orig signature pages to declas in support of DEF 1 reply to plf's oppo re: DEF 1 mot (cross) for part sj (92-2) w/att declas. |
| 136 - 1 | 12/17/03 | 9CCA Judgment/Final Order re: notice of appeal (30-1) that the district court's decision is REVERSED and REMANDED w/att memo. cc: cnsl, Judge Sedwick |
| 137 - 1 | 12/18/03 | JWS Minute Order re: mandate and mot to intervene; ans att to dkt 9 to be fld. cc: cnsl |
| 138 - 1 | 12/18/03 | DII 1 Answer to Complaint. |
| 139 - 1 | 12/18/03 | PLF 1 motion for leave to file final witness list 6 days late w/att prop wit list. |
| 140 - 1 | 12/19/03 | PLF 1 opposition to DEF 1 motion to stay consideration of summary judgment motions regarding alleged TDS violations pending completion of modified permit proceedings (120-1). |
| 141 - 1 | 12/22/03 | PLF 1 non-opposition to DEF 1 motion for leave to file supplemental exhibits to reply to opposition to motion for partial summary judgment (128-1). |
| 142 - 1 | 12/22/03 | PLF 1 reply to opposition to PLF 1 motion to strike certain exhibits attached to Teck Cominco's opposition to motion for partial summary judgment (111-1). |
| 143 - 1 | 12/22/03 | PLF 1 motion to strike portions of Teck Cominco's reply in support of cross motion for summary judgment. |
| 144 - 1 | 12/23/03 | Copy of Order from 9CCA that appellant's bill of costs rec'd on 12/12/03 is denied as untimely. (30-1) cc:cnsl |
| 145 - 1 | 12/24/03 | DII 1 Unopposed motion to exend deadlines in scheduling and planning order w/att memo. |
| 146 - 1 | 12/29/03 | JWS Order granting unoppo mot to exend ddlns in S&P ord (145-1); disc re: DII-1 to close 06/30/04; disp mots deadline for DII-1 07/30/04. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                         "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                        For all filing dates


 Document #    Filed     Docket text

   147  -  1  12/29/03   JWS Minute Order granting motion for leave to file final witness list 6
                         days late (139-1). cc: cnsl

   148  -  1  12/29/03   PLF 1 Final Witness List.

   149  -  1  12/29/03   DEF 1 Notice of filing original signature pages to M. Botz and J. Kulas
                         declas re: DEF 1 reply to PLF 1 oppo to DEF 1 mot (cross) for part sj
                         (92-2)  w/att declas.

   150  -  1  12/29/03   DEF 1 non-opposition to PLF 1 motion for leave to file final witness
                         list 6 days late (139-1).

   151  -  1  12/29/03   DEF 1 motion for leave to file reply to plaintiff's opposition to motion
                         to stay on 1/5/04 w/att decla.

   152  -  1  12/31/03   JWS Order granting mot for leave to file reply to plaintiff's opposition
                         to motion to stay on 1/5/04 (151-1). cc: cnsl

   153  -  1  12/31/03   JWS Minute Order granting mot for leave to file suppl exhs to reply to
                         oppo to mot for part sj (128-1). cc: cnsl

   154  -  1  01/05/04   DEF 1 reply to opposition to DEF 1 motion to stay consideration of
                         summary judgment motions regarding alleged TDS violations pending
                         completion of modified permit proceedings (120-1).

   155  -  1  01/05/04   DEF 1 Decla of V. Chaobal re: DEF 1 reply to oppo to DEF 1 motion to
                         stay consideration of summary judgment motions regarding alleged TDS
                         violations pending completion of modified permit proceedings. (120-1)

   156  -  1  01/07/04   DEF 1 motion to extend deadline until 1/12/04 to oppose KRPC's motion to
                         strike portions of Teck Cominco's summary judgment reply w/att aff.

   157  -  1  01/08/04   JWS Order granting mot to extend ddln until 1/12/04 to oppose KRPC's mot
                         to strike (156-1). cc: cnsl

   158  -  1  01/12/04   DEF 1 opposition to PLF 1 motion to strike portions of Teck Cominco's
                         reply in support of cross motion for summary judgment (143-1).

   159  -  1  01/20/04   PLF 1 reply to opposition to PLF 1 motion to strike portions of Teck
                         Cominco's reply in support of cross motion for summary judgment (143-1).

   160  -  1  01/20/04   PLF 1 motion for leave of court to file KRPC's notice of TDS violations
                         directly relevant to Teck Cominco's motion for stay w/att exhs.

   161  -  1  01/21/04   JWS Order granting mot for sj (87-1), mot for sj (88-1); terminating in
                         light of this ord: mot for part sj (47-1), mot (cross) for part sj
                         (92-2), mot to strike certain exhs attached to Teck Cominco's oppo to mo
                         (111-1), mot to stay consideration of sj mot re: alleged TD (120-1), mot
                         to strike portions of Teck Cominco's reply in support of cross mot
                         (143-1). cc: cnsl

   162  -  1  01/21/04   JWS Minute Order terminating in light of this order: mot for leave of
                         crt to file KRPC's notice of TDS violations directly (160-1). cc: cnsl

   163  -  1  01/21/04   JWS Judgment that plf's clms against DEF 1 are dism. cc: cnsl, O&J 11635


 ACRS: R_VDSDX             As of 02/07/06 at 12:08 PM by NON-NET                       Page 10
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
                          "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"

                                         For all filing dates


 Document #     Filed       Docket text

   164 -   1    01/21/04    DEF 1 motion for leave to file supplemental materials (EAB order
                            granting expedited consideration of KRPC appeal of EPA's issuance of
                            modified NPDES permit) w/att decla and exh.

   165 -   1    01/22/04    JWS Minute Order terminating in light of this order: mot for leave to
                            file supplemental materials (EAB order granting expedited) (164-1). cc:
                            cnsl

   166 -   1    01/30/04    PLF 1 motion to alter judgment w/att declarations, notice of filing
                            facsimile signatures & exh.

   167 -   1    01/30/04    PLF 1 motion for leave to amend complaint w/att declaration & proposed
                            amended cmplt.

   168 -   1    02/09/04    JWS Order denying motion to alter judgment (166-1); terminating in light
                            of this order: motion for leave to amend complaint (167-1). cc: cnsl

   169 -   1    03/08/04    PLF 1 appeal to 9CCA of (163-1) filed 01/21/04, (168-1) filed 02/09/04.
                            cc:cnsl, Judge Sedwick, 9CCA

  NOTE -   3    03/09/04    Transmittal: Forwarded notice of appeal (169-1) to 9CCA.

   170 -   1    03/09/04    Cy 9CCA Certificate of Record. (169-1) cc: cnsl, Judge Sedwick, 9CCA
                            (original)

   171 -   1    03/12/04    DEF 1 Conditional cross-appeal to 9CCA of (115-1) filed 11/20/03,
                            (130-1) filed 12/11/03, (161-1) filed 01/21/04. cc:cnsl, Judge Sedwick,
                            9CCA

   172 -   1    03/15/04    Cy 9CCA Certificate of Record. (171-1) cc: cnsl, Judge Sedwick, 9CCA
                            (Original)

   173 -   1    03/18/04    Cy 9CCA Time Schedule Order. (169-1) cc:cnsl

   174 -   1    04/02/04    Cy 9CCA Time Schedule Order. (171-1) cc:cnsl

   175 -   1    08/05/04    Copy of Order from 9CCA. (169-1) Intervenors-Appellee's mot to dsms
                            appeal for lack of jurisdiction denied w/o prejudice to reconsideration
                            in answering briefs, which have already been submitted.
                            Appellee/Cross-Appellant's mot for voluntary dsmsl of x-appeal 04-35228
                            (dkt #171) granted.  Mot to strike mot to dsms, mot to take judicial
                            notice and mot to add parties pursuant to Rule 21 of FRCP and any oppos
                            & replies thereto, are referred to the panel that will consider the
                            merits of the appeal.  Case is ready for calendaring.   cc:cnsl

   175 -   2    08/05/04    9CCA Final Order re: notice of appeal (171-1) that
                            appellee/x-appellant's mot for voluntary dsmsl of x-appeal granted,
                            appeal is dismissed.  Certified cy of order sent to DC shall constitute
                            the mandate for x-appeal.  cc: cnsl

  NOTE -   4    05/17/05    Transmittal: Forwarded D.C. record to 9CCA consisting of 10 vols and 10
                            expandos.

  NOTE -   5    08/25/05    Notation (re: Appeal): D.C. record received from 9CCA consisting of 10
                            vols and 10 expandos.


ACRS: R_VDSDX              As of 02/07/06 at 12:08 PM by NON-NET                         Page 11
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
  CIVIL DOCKET ENTRIES FOR CASE A02-0231--CV (JWS)
     "KIVALINA RELOCATION PLANNING COMMITTEE V TECK"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 176 - 1 | 09/12/05 | 9CCA Judgment/Final Order re: notice of appeal (169-1) that the district court's decision is AFFIRMED w/att memo. |